*[Handwritten:]* File Discrimination Against Indianapolis Indiana

*[Handwritten:]* Mr. Thomas Phillip Bell

# M Gmail

&lt;justme.tb32@gmail.com&gt;

## Discrimination and Actions

1 message

1:20-cv-3185-SEB-MPB

&lt;justme.tb32@gmail.com&gt;     Thu, Dec 10, 2020 at 9:53 PM
Thomas Bell &lt;justme.tb32@gmail.com&gt;

I am the only single Lakota Native male with the mixture of African American in Indianapolis, Indiana and I also have disabled my communication from family threw the old past adoption to overstand there family value I have recently been illuminated from a U.S Master's Swimming event/meet at IU Natatorium as a short time hostage by the IU Natatorium police officer's or security
I have been let down from fortunate other activities as well and if you ask me this Police protest that happened in Indianapolis, Indiana was a fake plot fot black and white people to join together as a fake to stop my plot to make it in the world a different way so others can live with there Rock & Roll so they can live at peace with music notes because I noticed black and white people saying black lives matter and I am part African American but also Indian along with without housing or strong finances for my civil liberties. While most families of all except me go home live comfortable with there wife's wen I sit alone without a spoon or a dinning table ECT or anyone with self worth mentally where my mind is and if I do not file this then this wil continue on...

Mr. Thomas Phillip Bell
General Delivery
IN, IN 46206

**FILED**
**12/11/2020**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

 Gmail

&lt;justme.tb32@gmail.com&gt;

## Discrimination and Misconduct
1 message

&lt;justme.tb32@gmail.com&gt;            Fri, Dec 11, 2020 at 2:13 AM
Thomas Bell &lt;justme.tb32@gmail.com&gt;

So if I contact a main office in a reporting matter like I have contacted the FBI tips line or just a typed up tip period what if the tip receiver is no good at doing there jobs along with a report for and appeal for instance like I did at IU Natatorium wen I called in and left a message for the IU Natatorium director on why I felt I should be granted the appeal because I was unaware that I could not attend the event and that I have been there several days before the event came about I would also believe because of the deepness of the
IU Natatorium pool water and the security told me not to come back for 2 yrs is man slaughter because you can forget how to swim I think that is very unfair because 3 of the coaches do in fact know me there I never done nothing wrong, all I ever did there was shower and swim way before the Covid-19 had occurred and that became my getaway from my misery.



 Gmail &lt;justme.tb32@gmail.com&gt;

## Discrimination and Misconduct
1 message

&lt;justme.tb32@gmail.com&gt;      Fri, Dec 11, 2020 at 2:13 AM
To: Thomas Bell &lt;justme.tb32@gmail.com&gt;

So if I contact a main office in a reporting matter like I have contacted the FBI tips line or just a typed up tip period what if the tip receiver is no good at doing there jobs along with a report for and appeal for instance like I did at IU Natatorium wen I called in and left a message for the IU Natatorium director on why I felt I should be granted the appeal because I was unaware that I could not attend the event and that I have been there several days before the event came about I would also believe because of the deepness of the
IU Natatorium pool water and the security told me not to come back for 2 yrs is man slaughter because you can forget how to swim I think that is very unfair because 3 of the coaches do in fact know me there I never done nothing wrong, all I ever did there was shower and swim way before the Covid-19 had occurred and that became my getaway from my misery.

 **Gmail** &lt;justme.tb32@gmail.com&gt;

## Discrimination and Misconduct
1 message

&lt;justme.tb32@gmail.com&gt;      Fri, Dec 11, 2020 at 4:33 AM
Thomas Bell &lt;justme.tb32@gmail.com&gt;

I am being used by news broadcasrers, producer's and all other profitable jobs that could earn a dollar off of my political seek for justice without recieving any justice I notice the news go around the bush like mathamatics i was at a time being saved for other establishments for future wellbeing of those establishments that have nationwide companies for idea and I sit savagely without a clue to say the truth about the facts in my life that would be placed in other person's who may see me as a failure because the political gain of the idea that I gave and was just in the eye of someone that will always take advantages of the weak and push the manican into walls with no key and no way out until later on so they the companies could go ahead a take advantage again and again and again no justice for me what so ever I can not provide these person's as a fact but I know there refusing to let self identity for Mr.Thomas Bell show and be better at possessions that I buy from Automobile companies in the city streets, the act is breakdown and I'm not supposed to know what's wrong with the vehicle I drive daily is the setup now day's including wen I can and can not buy one, ("fraimed") so it will only last but for so long until it does eventually breaksdown and my plan is to pay it off and move into some housing. My guess is I am supposed to kneel down and beg someone for a place to live and wen it breaks down I cry daily about it and just sit there until I get back, like they want to torcher you for fun, yes this is cute to them to me it is very ugly and wrong I might not have the best of life but I do want relief to better myself. These folks whom are so shy I'm not sure who to point out at I know this is true, there idea is for me to look dumb as they can make me look while they continue to railroad me in the hearts, mind and soul because I suffer from OMG they paralyze me so I can not move swifter because it's vulnerable to there small ways and lifestyles.




 Gmail

Teez Bomb <justme.tb32@gmail.com>

## Discrimination and Actiond
1 message

**Teez Bomb** <justme.tb32@gmail.com>  Fri, Dec 11, 2020 at 2:34 AM
To: Thomas Bell <justme.tb32@gmail.com>

I probably was the only African Lakota that swam and took some trainning for U.S Master's Swimming at the IU Natatorium and if you can not call that discriminant what do you call it I'm 41 years old at 43 and I dive in I might break a bone in 2 more years and then what drowned because of stupidity actions towards me because I'm handsome and the way my shorts look on me all nice and stuff like a friend should have been helped me off my back I look great in my swim apparel, at first the price of the gogles were about five to six bucks and all of a sudden the price changed to twenty three dollar's is that all I am a dollar sign to people there I came to learn how to swim not drowned it's upsetting I'm serious man enough is enough along with because I catch on quick and I swim by you it's embarrassing that the poor Lakota swims like your going outta style because I catch on faster than you so what I'm showing is i appreciate what the coaches taught me if they can't appreciate me like ohh I think they do there are just as upset as I am right now because they got a winner and that's me.

Mr. Thomas Phillip Bell
General Delivery
IN, IN.  46206